NEW YORK BUSINESS BUILDINGS CORPORATION, Respondent, *v.* JAMES MCCUTCHEON AND COMPANY, Appellant, Impleaded with Another.

(Argued September 30, 1931; decided October 13, 1931.)

*I. Maurice Wormser* and *George Thoms* for appellant.
*Edward H. Green* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J.